No. 63. ABIE STATE BANK *v.* WEAVER, GOVERNOR, ET AL. Motions submitted October 6, 1930. Decided October 13, 1930. On suggestions of diminution of the record, the motions for writs of certiorari are granted. *Messrs. Frank H. Gaines, Leonard S. Flansburg,* and *Seymour S. Sidner* for appellant. *Messrs. William J. Hotz, Henry R. Gower, C. A. Sorensen,* and *Charles E. Abbott* for appellees.

No. 67. INTERSTATE COMMERCE COMMISSION *v.* NORTHERN PACIFIC R. CO. ET AL. Motion submitted October 6, 1930. Decided October 13, 1930. *Per Curiam:* On consideration of the motion of respondents to dismiss the writ of certiorari, the judgment of the Court of Appeals of the District of Columbia is reversed, and the cause is remanded to the Supreme Court of the District of Columbia with directions to set aside its order for the issuance of a peremptory writ of mandamus and to dismiss the petition for writ of mandamus. *Messrs. Daniel W. Knowlton,* Chief Counsel, Interstate Commerce Commission, and *Nelson Thomas* for petitioner. *Messrs. D. F. Lyons, W. W. Millan, R. E. L. Smith, F. G. Dorety,* and *R. J. Hagman* for respondents.

No. —, original. Ex PARTE Salisbury. Motions submitted October 6, 1930. Decided October 13, 1930. The motion for leave to file petition for a writ of mandamus and the motion for leave to proceed *in forma pauperis* are severally denied. *Adele T. Salisbury, pro se.*